## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
US DISTRICT COURT District of New York

Index Number: 1:22-CV-08612

Date Filed: _____

Plaintiff:
**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, INDIAN HARBOR INSURANCE COMPANY, QBE SPECIALTY INSURANCE COMPANY, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, UNITED SPECIALTY INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, PRINCETON EXCESS AND SURPLUS LINES INSURANCE COMPANY, INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE, and OLD REPUBLIC UNION INSURANCE COMPANY,**



vs.

Defendant:
**THE FALLS OF INVERRARY CONDOMINIUMS, INC.**

For:
ERIC KREJCI, ESQUIRE

Received by PPS SERVICES, INC. on the 11th day of October, 2022 at 11:25 am to be served on **The Falls Of Inverrary Condominiums Inc. BY SERVING R/A WASSERSTEIN, P.A., 301 YAMATO ROAD, SUITE #2199, BOCA RATON, FL 33431.**

I, ENIL CERRANO, do hereby affirm that on the **12th day of October, 2022 at 2:45 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Notice of Petition, Petition, Civil Cover Sheet, Krejci Declaration with Exhibits, and Memorandum of Law** with the date and hour of service endorsed thereon by me, to: **Patricia Walker** as Receptionist for **The Falls Of Inverrary Condominiums Inc.**, at the address of: **301 YAMATO ROAD, SUITE #2199, BOCA RATON, FL 33431**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'3", Weight: 160, Hair: Light Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true pursuant to Florida Statute 92.525(2).

ENIL CERRANO
2083

PPS SERVICES, INC.
8730 S.W. 41 STREET
MIAMI, FL 33165
(305) 485-8968

Our Job Serial Number: FIH-2022004361